# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:19−cv−07020

| | |
|---|---|
| Rangel v. Twitter Foundation et al | Date Filed: 10/24/2019 |
| Assigned to: Honorable John F. Kness | Jury Demand: Both |
| Demand: $9,999,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1332 Diversity−(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**Adrian Rangel**   represented by   **Adrian Rangel**
P.O.B. 1191
Lake Zurich, IL 60047
312−696−9889
Email: adriangrangel@yahoo.com
PRO SE

V.

**Defendant**

**Twitter Foundation**   represented by   **Jeffrey Thomas Norberg**
*(Twitter Inc.)*                           Neal & McDevitt
*TERMINATED: 12/03/2019*                   1776 Ash Street
                                           Northfield, IL 60093
                                           847−441−9100
                                           Email: jnorberg@nealmcdevitt.com
                                           *ATTORNEY TO BE NOTICED*

**Kelsey R. Spector**
Cooley LLP
101 California Street
Fifth Floor
San Francisco, CA 94111
(415) 693−2000
Email: kspector@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle C. Wong**
Cooley LLP
3 Embarcadero Center
20th floor
San Francisco, CA 94111
(415) 693−2000
Email: kwong@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vijaya Gadde**
*TERMINATED: 12/03/2019*

**Defendant**

**Jack Dorsey** represented by **Jeffrey Thomas Norberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelsey R. Spector**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle C. Wong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Twitter Inc.** represented by **Kelsey R. Spector**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle C. Wong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2019 | Ï 1 | COMPLAINT filed by Adrian Rangel; Jury Demand. (aee, ) (Entered: 10/25/2019) |
| 10/24/2019 | Ï 2 | CIVIL Cover Sheet. (aee, ) (Entered: 10/25/2019) |
| 10/24/2019 | Ï 3 | PRO SE Appearance by Plaintiff Adrian Rangel. (aee, ) (Entered: 10/25/2019) |
| 10/24/2019 | Ï | SUMMONS Issued as to Defendants Vijaya Gadde, Twitter Foundation (pj, ) (Entered: 11/04/2019) |
| 10/25/2019 | Ï 5 | MINUTE entry before the Honorable Manish S. Shah: The court, on its own motion, dismisses plaintiff's complaint without prejudice for failure to state a claim. See Shockley v. Jones, 823 F.2d 1068, 1072 (7th Cir. 1987) ("[T]his circuit permits sua sponte dismissals based on Rule 12(b)(6)."). The complaint alleges that defendants violated plaintiff's constitutional rights when they suspended his Twitter account. Although the topics discussed on Twitter are often matters of public concern, the defendants are not alleged to be government actors. The constitutional rights cited in plaintiff's complaint−first, fourth, and fourteenth amendment rights−prohibit certain government action. Nothing in the complaint suggests government action; the claims are entirely directed at the actions of private parties. Plaintiff alleges diversity of citizenship, which would confer federal−court jurisdiction over a claim based on a violation of state law (like breach of contract), but no such claim is alleged. A lawsuit seeking money damages based on a violation of the constitution is permitted by 42 U.S.C. § 1983, but such a claim requires an allegation that the defendant was acting under color of state law. See L.P. v. Marian Catholic High Sch., 852 F.3d 690, 696 (7th Cir. 2017). The complaint is dismissed without prejudice to filing an amended complaint that states a cause of |

| | | |
|---|---|---|
| | | action. Any amended complaint must be filed by November 15, 2019. If no amended complaint is filed, this dismissal will convert to a dismissal with prejudice and the clerk will enter judgment terminating the case. Notices mailed. (psm, ) (Entered: 10/25/2019) |
| 10/25/2019 | Ï 6 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (aee, ) (Entered: 10/25/2019) |
| 11/12/2019 | Ï 7 | AMENDED complaint for breach of contract by Adrian Rangel against All Defendants. (aee, ) (Entered: 11/12/2019) |
| 11/12/2019 | Ï 8 | AMENDED CIVIL Cover Sheet. (aee, ) (Entered: 11/12/2019) |
| 11/12/2019 | Ï 9 | SUMMONS Returned Executed by Adrian Rangel as to Twitter Foundation on 10/31/2019, answer due 11/21/2019. (aee, ) (Entered: 11/12/2019) |
| 11/12/2019 | Ï 10 | SUMMONS Issued as to Defendant Jack Dorsey. (aee, ) (Entered: 11/12/2019) |
| 11/27/2019 | Ï 11 | ATTORNEY Appearance for Defendant Twitter Foundation by Jeffrey Thomas Norberg (Norberg, Jeffrey) (Entered: 11/27/2019) |
| 11/27/2019 | Ï 12 | MOTION by Defendant Twitter Foundation for extension of time *to respond to complaint* (Norberg, Jeffrey) (Entered: 11/27/2019) |
| 11/27/2019 | Ï 13 | NOTICE of Motion by Jeffrey Thomas Norberg for presentment of extension of time 12 before Honorable Manish S. Shah on 12/5/2019 at 09:45 AM. (Norberg, Jeffrey) (Entered: 11/27/2019) |
| 12/02/2019 | Ï 14 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16488118. (Wong, Kyle) (Entered: 12/02/2019) |
| 12/02/2019 | Ï 15 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16488172. (Spector, Kelsey) (Entered: 12/02/2019) |
| 12/02/2019 | Ï 16 | MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time 12 is granted. Defendant Twitter, Inc. must respond to the amended complaint by 12/19/19. If defendant's response is a motion to dismiss, no notice of presentment is necessary. Plaintiff's response will be due 1/9/20; defendant's reply 1/23/20. If defendant's response is an answer, parties shall comply with MIDP. No appearance on 12/5/19 is necessary. A status hearing is set for 2/6/20 at 9:30 a.m. The motions for leave to appear pro hac vice 14 15 are granted. Notices mailed. (psm, ) (Entered: 12/02/2019) |
| 12/03/2019 | Ï 17 | RULE FRCP 15(a)(2) AMENDED complaint for breach of contract by Adrian Rangel against Jack Dorsey, Twitter Foundation and terminating Vijaya Gadde. (aee, ) Modified on 12/3/2019 (aee, ). (Entered: 12/03/2019) |
| 12/03/2019 | Ï 18 | CIVIL Cover Sheet. (aee, ) (Entered: 12/03/2019) |
| 12/05/2019 | Ï 19 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16502701. (Wong, Kyle) (Entered: 12/05/2019) |
| 12/05/2019 | Ï 20 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16502757. (Spector, Kelsey) (Entered: 12/05/2019) |

| | | |
|---|---|---|
| 12/05/2019 | 21 | ATTORNEY Appearance for Defendant Jack Dorsey by Jeffrey Thomas Norberg (Norberg, Jeffrey) (Entered: 12/05/2019) |
| 12/05/2019 | 22 | WAIVER OF SERVICE returned executed by Jack Dorsey. Jack Dorsey waiver sent on 11/30/2019, answer due 1/29/2020. (Norberg, Jeffrey) (Entered: 12/05/2019) |
| 12/05/2019 | 23 | WAIVER OF SERVICE returned executed by Twitter Inc.. Twitter Inc. waiver sent on 11/30/2019, answer due 1/29/2020. (Norberg, Jeffrey) (Entered: 12/05/2019) |
| 12/06/2019 | 24 | MOTION by Defendant Twitter Inc. for extension of time *(unopposed)* (Norberg, Jeffrey) (Entered: 12/06/2019) |
| 12/06/2019 | 25 | NOTICE of Motion by Jeffrey Thomas Norberg for presentment of extension of time 24 before Honorable Manish S. Shah on 12/11/2019 at 09:45 AM. (Norberg, Jeffrey) (Entered: 12/06/2019) |
| 12/09/2019 | 26 | MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time 24 is granted, and defendant Twitter, Inc. must respond to the complaint by 1/29/20. The motions for leave to appear pro hac vice 19 20 are granted. No appearance on 12/11/19 is necessary. Notices mailed. (psm, ) (Entered: 12/09/2019) |
| 12/12/2019 | 27 | NOTICE of Compliance by Adrian Rangel with Mandatory Initial Discovery Pilot. (aee, ) (Entered: 12/13/2019) |
| 12/30/2019 | 28 | AMENDED complaint for Breach of Contract Adding Negligent Hiring, Training and Supervision by Adrian Rangel against Jack Dorsey, Twitter Inc. (Exhibits). (aee, ) (Entered: 12/30/2019) |
| 01/10/2020 | 29 | AMENDED complaint for breach of contract by Adrian Rangel against Adrian Rangel. (aee, ) (Entered: 01/13/2020) |
| 01/16/2020 | 30 | MOTION by Plaintiff Adrian Rangel for permission to file Amended Complaint (DE29). (aee, ) (Entered: 01/17/2020) |
| 01/17/2020 | 31 | RESPONSE by Jack Dorsey, Twitter Inc. in Opposition to MOTION by Plaintiff Adrian Rangel to amend/correct 30 (Attachments: # 1 Declaration of Kelsey R. Spector, # 2 Exhibit A, # 3 Exhibit B)(Spector, Kelsey) (Entered: 01/17/2020) |
| 01/22/2020 | 32 | MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion for permission to file amended complaint 30 is denied. There may have been a miscommunication between plaintiff and the Clerk's Office, but the rules provide for only one amendment as a matter of course and plaintiff's recent amendments, Docket Nos. 28 and 29, exceed the number of amendments permitted. Plaintiff may still amend with leave of court, but under the circumstances, amendment would only delay the progress of the case. Defendants are on track to respond to the operative complaint, Docket No. 17. After defendants respond by 1/29/20, the court will set or adjust the schedule. Notices mailed. (psm, ) (Entered: 01/22/2020) |
| 01/22/2020 | 33 | RESPONSE by Plaintiff Adrian Rangel to Defendants Twitter, Inc. and Jack Dorsey's opposition to Plaintiff's Request for Permission to file an Amended Complaint (29) (Exhibits). (aee, ) (Entered: 01/22/2020) |
| 01/22/2020 | 35 | MOTION by Plaintiff Adrian Rangel for reconsideration of order DE 32 (tg, ) (Entered: 01/23/2020) |
| 01/23/2020 | 34 | MOTION by Plaintiff Adrian Rangel for leave to file Amended Complaint. (aee, ) (Entered: 01/23/2020) |
| 01/23/2020 | 36 | MOTION by Plaintiff Adrian Rangel for Stay of Proceedings (tg, ) (Entered: 01/23/2020) |
| 01/27/2020 | 37 | MOTION by Plaintiff Adrian Rangel for recusal (Exhibits). (aee, ) (Entered: 01/27/2020) |

| | | |
|---|---|---|
| 01/27/2020 | Ï 38 | MOTION by Plaintiff Adrian Rangel for mistrial. (aee, ) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 39 | MOTION by Plaintiff Adrian Rangel to stay. (aee, ) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 40 | MOTION by Plaintiff Adrian Rangel for stay pending notice of interlocutory appeal of DE32. (aee, ) (Entered: 01/27/2020) |
| 01/27/2020 | Ï 41 | MOTION by Plaintiff Adrian Rangel for leave to file interlocutory appeal of DE32. (aee, ) (Entered: 01/27/2020) |
| 01/28/2020 | Ï 42 | ORDER. Signed by the Honorable Manish S. Shah on 1/28/2020: Plaintiff's motions 34 35 36 37 38 39 40 41 are denied. The docketing issues and timing of entry of orders described by plaintiff are not unusual and caused no prejudice to plaintiff. The lawsuit will proceed with defendants' response to the operative complaint, due on 1/29/20. [For further detail see attached order.] Notices mailed. (psm, ) (Entered: 01/28/2020) |
| 01/29/2020 | Ï 43 | RESPONSE by Plaintiff Adrian Rangel tp defendants Twitter, Inc. and Jack Dorsey's opposition to plaintiff's request for permission to file an Amended Complaint (29) (Exhibits). (aee, ) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 44 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Twitter Inc., Jack Dorsey *Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue*, MOTION by Defendants Twitter Inc., Jack Dorsey to dismiss for lack of jurisdiction , MOTION by Defendants Twitter Inc., Jack Dorsey to transfer case (Attachments: # 1 Declaration of Kelsey R. Spector in Support of Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue, # 2 Exhibit A to Declaration of Kelsey R. Spector in Support of Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue, # 3 Exhibit B to Declaration of Kelsey R. Spector in Support of Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue, # 4 Exhibit C to Declaration of Kelsey R. Spector in Support of Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue, # 5 Exhibit D to Declaration of Kelsey R. Spector in Support of Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue)(Spector, Kelsey) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 45 | Defendants Twitter Foundation and Jack Dorsey's Request for Judicial Notice in Support of Their Motion to Dismiss and, in the Alternative, to Transfer Venue by Jack Dorsey, Twitter Inc. (Spector, Kelsey) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 46 | *Notice of Motion to Dismiss and, in the Alternative, to Transfer Venue and Request for Judicial Notice* NOTICE of Motion by Kelsey R. Spector for presentment of Motion to Dismiss for Failure to State a Claim,,,,,, motion to dismiss/lack of jurisdiction,,,,,, motion to transfer case,,,,, 44 before Honorable Manish S. Shah on 2/6/2020 at 09:30 AM. (Spector, Kelsey) (Entered: 01/29/2020) |
| 02/03/2020 | Ï 47 | STATUS Report *Plaintiff Adrian Rangel and Defendants Twitter, Inc. and Jack Dorsey's Joint Initial Status Report* by Jack Dorsey, Twitter Inc. (Spector, Kelsey) (Entered: 02/03/2020) |
| 02/03/2020 | Ï 48 | RESPONSE by Plaintiff Adrian Rangel to defendant Twitter, Inc and defendant Jack Dorsey's motion to dismiss and, in the alternative, to transfer venue (Exhibits). (aee, ) (Entered: 02/03/2020) |
| 02/04/2020 | Ï 49 | MINUTE entry before the Honorable Manish S. Shah: The briefing schedule on defendants' motion to dismiss 44 is as follows: plaintiff's response is due 2/25/20; defendants' reply 3/10/20. The court will enter an order via cm/ecf in which any further dates will be set, if necessary. Discovery is stayed pending issuance of a ruling on the motion. No appearance is necessary on 2/6/20. Notices mailed. (psm, ) (Entered: 02/04/2020) |
| 02/07/2020 | Ï 50 | |

| | | |
|---|---|---|
| | | REVISED RESPONSE by Plaintiff Adrian Rangel to defendant Twitter, Inc. and defendant Jack Dorsey's motion to dismiss and, in the alternative, to transfer venue. (Attachments: # 1 Declaration)(ec, ) (Entered: 02/07/2020) |
| 02/28/2020 | Ï 51 | EXECUTIVE COMMITTEE ORDER: GENERAL ORDER 20–0008 – Pursuant that to the Executive Committee Order entered on February 24, 2020 the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable John F. Kness; therefore IT IS HEREBY ORDERED that the attached list of 313 cases be reassigned to the Honorable John F. Kness; and IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable John F. Kness' webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable John F. Kness to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such cases. Case reassigned to the Honorable John F. Kness for all further proceedings. Honorable Manish S. Shah no longer assigned to the case. Signed by Honorable Rebecca R. Pallmeyer on 2/28/2020.(tg, ) (Entered: 02/28/2020) |
| 03/09/2020 | Ï 52 | ORDER : STANDING ORDER REGARDING REASSIGNED CIVIL CASES: This Standing Order applies to all civil cases reassigned as of February 28, 2020 to the calendar of District Judge John F. Kness. Unless otherwise ordered: (1) all previously−set status or motion hearing dates are vacated; (2) any trials or evidentiary hearings scheduled between March 9, 2020 and May 1, 2020 are continued and will be re−set by the Court at a future hearing; and (3) all other previously−set deadlines and schedules (other than hearing dates) shall remain in effect. See Order for details. Signed by the Honorable John F. Kness on 3/9/2020: Mailed notice. (tg, ) (Entered: 03/09/2020) |
| 03/10/2020 | Ï 53 | REPLY by Jack Dorsey, Twitter Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Twitter Inc., Jack Dorsey *Defendant Twitter, Inc. and Defendant Jack Dorsey's Motion to Dismiss and, in the Alternative, to Transfer Venue*MOTION by Defendants Twitter Inc., Jack Dorsey to dismiss for lack of jurisdiction MOTION by Defendants Twitter Inc., Jack Dorsey to transfer case 44 (Spector, Kelsey) (Entered: 03/10/2020) |
| 03/16/2020 | Ï 54 | ORDER Amended General Order 20–0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (ecw, ) (Entered: 03/17/2020) |
| 03/30/2020 | Ï 55 | ORDER Seconded Amended General Order 20–0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20–0012, entered on March 17, 2020, and General Order 20–0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice. (docket12, ) (Entered: 03/31/2020) |
| 04/24/2020 | Ï 56 | ORDER Third Amended General Order 20–0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020: Mailed notice. (docket6, ) (Entered: 04/27/2020) |
| 04/30/2020 | Ï 57 | ORDER : STANDING ORDER REGARDING CIVIL CASES. Signed by the Honorable John F. Kness on 4/30/2020: Mailed notice. (docket4, ) (Entered: 04/30/2020) |

| | | |
|---|---|---|
| 05/18/2020 | Ï 58 | STATUS Report *(Joint) in Reassigned Case* by Jack Dorsey, Twitter Inc. (Spector, Kelsey) (Entered: 05/18/2020) |
| 05/26/2020 | Ï 59 | ORDER ORDER Fourth Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non−emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020: Mailed notice. (docket8, ) (Entered: 05/26/2020) |
| 07/10/2020 | Ï 60 | ORDER Fifth Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in−person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in−court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020: Mailed notice. (Clerk6, Docket) (Entered: 07/10/2020) |
| 06/03/2021 | Ï 61 | NOTICE by Kyle C. Wong of Change of Address (Wong, Kyle) (Entered: 06/03/2021) |
| 09/30/2021 | Ï 62 | MINUTE entry before the Honorable John F. Kness: Defendant's motion to dismiss for improper failure to state a claim or, in the alternative, to transfer venue 44 , is granted in part and denied in part. The motion to dismiss is denied without prejudice to later refiling, and the case is transferred to the Northern District of California. (Nothing in this order, of course, should otherwise reflect any views on the proper disposition of the case.) Defendant contends that the Northern District of California is the correct forum because Twitter's terms of service include a facially valid and enforceable forum selection clause requiring litigation in San Francisco County, California. (Dkt. 44 at 8.) Plaintiff does not contest that he freely agreed to Twitter's Terms of Service, which include the forum−selection clause. California law explains that neither cost nor personal hardship are justifiable reasons to ignore an otherwise valid forum−selection clause. *See Intershop Commc'ns, AG v. Super. Ct.*, 104 Cal. App. 4th 191, 198 (2002). And as the Supreme Court of the United States has explained, the party opposing enforcement of a valid forum selection clause must show "extraordinary circumstances unrelated to the convenience of the parties" to justify refusing to enforce the clause. *See Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Tex.*, 571 U.S. 49, 52 (2013). With this rule in mind, the Court holds that Plaintiff has failed to make the extraordinary showing necessary to defeat the presumptively valid forum−selection clause present here. Accordingly, the Court grants the motion to transfer. Case transferred to the Northern District of California. Any other pending motions are dismissed without prejudice to refiling once the case is docketed in the transferee court. Mailed notice (ef, ) (Entered: 09/30/2021) |
| 10/07/2021 | Ï 63 | MOTION by Plaintiff Adrian Rangel for reconsideration of DE 62. (aee, ) (Entered: 10/07/2021) |
| 10/07/2021 | Ï 64 | AFFIDAVIT by Plaintiff Adrian Rangel in Support of MOTION by Plaintiff Adrian Rangel for reconsideration of DE 62 63 (Exhibits). (aee, ) (Entered: 10/07/2021) |
| 10/08/2021 | Ï 65 | MOTION by Defendants Jack Dorsey, Twitter Inc. for extension of time (Spector, Kelsey) (Entered: 10/08/2021) |
| 10/12/2021 | Ï 66 | MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiff's motion for reconsideration 63 and Defendant's motion 65 for an extension of time. Plaintiff, who is acting pro se, states that he is suffering from cataracts that impair his ability to litigate the case. Plaintiff provides this information in support of a request that the Court reconsider its decision to transfer this case to the Northern District of California. Plaintiff does not, however, provide any legal authority (he cites an inapposite decision from the Ninth Circuit) explaining why Plaintiff's medical condition justifies keeping in this District a case that belongs in the Northern District of California. To the extent Plaintiff requires accommodation of his medical condition in connection with his prosecution of this action, this Court is confident that the transferee Court will address Plaintiff's concerns. On |

| | | |
|---|---|---|
| | | this point, it is worth noting that all recent activity in this case has occurred through electronic filings, not in−person hearings; thus it is not clear why Plaintiff's medical condition should, as a factual matter, require that the case remain in this District. Presumably the Clerk of the Northern District of California will ensure that Plaintiff can submit paper filings by mail for entry on the docket. For these reasons, the motion for reconsideration 63 is denied, and the Clerk of Court is directed to transfer this case forthwith to the Northern District of California. Defendants' motion 65 for an extension of time, good cause being shown for the reasons stated in the motion, is granted. Subject to amendment by the transferee Court, Defendants' response to the Second Amended Complaint is due on or before the later of 21 days after entry on the docket of this minute order or 21 days after this case is docketed in the Northern District of California. Mailed notice (ef, ) (Entered: 10/12/2021) |
| 10/13/2021 | Ï 67 | TRANSFERRED to the Northern District of California the electronic record. (ph, ) (Entered: 10/13/2021) |