IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RANGEL,<br>        Plaintiff,<br>  v.<br>JACK DORSEY, et al.,<br>        Defendants. | Case No. 21-cv-08062-CRB<br><br>**JUDGMENT** |

On July 19, 2022, the Court granted Defendants' motion to dismiss with prejudice. See Order Granting MTD (dkt. 96). The Court hereby enters judgment for Defendants Jack Dorsey and Twitter Inc. and against Plaintiff Adrian Rangel.

**IT IS SO ORDERED.**

Dated: July 19, 2022

CHARLES R. BREYER
United States District Judge